UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICHARD HART** | : | **CIVIL ACTION** |
| **VERSUS** | : | **NO.: 3:21-cv-00699** |
| **CAPTAIN MARCUS ALLEN; MAJOR RAY A. JOHNSON; AND STATE OF LOUISIANA THROUGH LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS DIXON CORRECTIONAL INSTITUTE, DEFENDANTS** | :<br><br>: | **DISTRICT JUDGE:**<br><br>**MAGISTRATE JUDGE:** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL

**NOW INTO COURT,** through undersigned counsel, come Defendant, State of Louisiana, through the Department of Public Safety and Corrections, who submits this Notice of Removal to the United States District Court for the Middle District of Louisiana in the above captioned case and respectfully represents:

## THE REMOVED CASE

1.

Petitioner is a Defendant in a civil suit brought against it in the 20th Judicial District Court for the Parish of West Feliciana, entitled "*Richard Hart vs. Captain Marcus Allen; Major Ray A. Johnson; and State of Louisiana Through Louisiana Department of Public Safety and Corrections Dixon Correctional Institute*," Docket No. 46,728 Div. A. A copy of the Plaintiff's *Petition for Damages* is attached hereto as Exhibit "B".

2.

Plaintiff brings claims under 42 U.S.C. § 1983 asserting entitlement to damages from the appearing defendants as a result of alleged violations of the United States Constitution.[1] Plaintiff also appears to bring claims under Louisiana state law.[2]

3.

Because Plaintiff asserts claims arising under federal law, this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and, under 28 U.S.C. § 1441(a), removal is proper.

4.

Defendant further states that this Court currently has supplemental jurisdiction over all state law claims asserted by Plaintiff pursuant to the provisions of 28 U.S.C. §1367(a) because those claims are so related to Plaintiff's claims asserted under 42 U.S.C. §1983 that they form part of the same case or controversy under Article III of the United States Constitution.

**PARTIES**

5.

On or about November 3, 2021, the Office of Risk Management was served with Plaintiff's Petition.

6.

Neither the State of Louisiana through the Department of Corrections, Defendant Captain Marcus Allen, nor Major Ray A. Johnson has been served at this time.

---

[1] See Petition Para. 37 and 43.
[2] See Petition Para. 32, 33, 34, and 35.

## REMOVAL IS TIMELY

7.

Accordingly, the Notice of Removal is filed within thirty (30) days following any receipt of a copy of the pleadings setting forth the claim for relief upon which the action is based, as required by 28 U.S.C. §1441(b).[3] Consequently, this Notice of Removal is timely filed under 28 U.S.C. §1446(b).

## NOTICE OF REMOVAL

8.

Attached hereto as Exhibit "C" is a copy of all process, pleadings, and orders served upon the Defendant in the State Court action, Pursuant to 28 U.S.C. 1446(a) along with all documents filed in the State Court action available as of this date.

9.

Pursuant to 28 U.S.C. 1446(d), notice of the filing of this *Notice of Removal* is being given to the adverse parties, as required by law.

10.

Pursuant to 28 U.S.C. 1446(a), a true copy of this notice of removal is being filed with the Clerk of Court for the 20th Judicial District Court, Parish of East Feliciana Parish, State of Louisiana, as required by law.

11.

All defendants who have been properly joined and served hereby join in the removal of the action.

---

[3] The thirty day deadline under 28 U.S.C. §1441(b)(1) has not been triggered, as Department of Public Safety & Corrections has not been served.

12.

Defendant prays this Court order this cause removed from the 20th Judicial District Court for the Parish of West Feliciana to the United States District Court for the Middle District of Louisiana, as provided by law, and thereupon proceed with this civil action as if it had originally been commenced in this Court.

Respectfully Submitted,

**JEFF LANDRY
ATTORNEY GENERAL**

/s/ *Garret W. Wick*
Garret W. Wick (#38933)
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, 4th Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone:  225-326-6300
Facsimile:   225-326-6495
E-mail:       wickg@ag.louisiana.gov
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this, the __3rd__ day of December, 2021, the above entitled pleading was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

**I HEREBY FURTHER CERTIFY** that on this, the __3rd__ day of December, 2021, a copy of the foregoing was provided to plaintiff through his counsel of record via U.S. First Class Mail, facsimile or electronic mail to the below name and address:

Donna U. Grodner (20840)
Grodner & Associates

2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
Phone: (225) 769-1919
Fax: 225-769-1997

                         /s/    *Garret W. Wick*
                  Garret W. Wick, La Bar No. 38933
                       Assistant Attorney General

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICHARD HART** | : | **CIVIL ACTION** |
| **VERSUS** | : | **NO.: 3:21-cv-00699** |
| **CAPTAIN MARCUS ALLEN; MAJOR RAY A. JOHNSON; AND STATE OF LOUISIANA THROUGH LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS DIXON CORRECTIONAL INSTITUTE, DEFENDANTS** | :<br><br>: | **DISTRICT JUDGE:**<br><br>**MAGISTRATE JUDGE:** |

*************************************************************************

## CERTIFICATE

Now into court, through undersigned counsel, comes defendant, State of Louisiana, through the Department of Public Safety and Corrections, who states that the exhibits attached hereto constitute all process, pleadings, and orders served upon the Defendants in the State Court action, pursuant to 28 U.S.C. 1446(a) along with all documents filed in the State Court action available as of this date of "*Richard Hart vs. Captain Marcus Allen; Major Ray A. Johnson; and State of Louisiana Through Louisiana Department of Public Safety and Corrections Dixon Correctional Institute*," Docket No. 46,728 Div. A." on the docket of the 20th Judicial District Court in and for the Parish of East Feliciana, State of Louisiana.

Respectfully Submitted,

**JEFF LANDRY
ATTORNEY GENERAL**

/s/ *Garret W. Wick*
Garret W. Wick (#38933)
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, 4th Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone:   225-326-6300
Facsimile:   225-326-6495
E-mail:   wickg@ag.louisiana.gov
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this, the  3rd   day of December, 2021, the above entitled pleading was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

**I HEREBY FURTHER CERTIFY** that on this, the  3rd   day of December, 2021, a copy of the foregoing was provided to plaintiff through his counsel of record via U.S. First Class Mail, facsimile or electronic mail to the below name and address:

Donna U. Grodner (20840)
Grodner & Associates
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
Phone: (225) 769-1919
Fax: 225-769-1997

/s/ *Garret W. Wick*
Garret W. Wick, La Bar No. 38933
Assistant Attorney General

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICHARD HART** | : | **CIVIL ACTION** |
| **VERSUS** | : | **NO.: 3:21-cv-00699** |
| **CAPTAIN MARCUS ALLEN; MAJOR RAY A. JOHNSON; AND STATE OF LOUISIANA THROUGH LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS DIXON CORRECTIONAL INSTITUTE, DEFENDANTS** | :<br><br>: | **DISTRICT JUDGE:**<br><br>**MAGISTRATE JUDGE:** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LIST OF DOCUMENTS IN STATE COURT RECORD

1. Petition for Damages/Use of Force

2. Motion to Proceed In Forma Pauperis

Respectfully Submitted,

**JEFF LANDRY
ATTORNEY GENERAL**

　　/s/ *Garret W. Wick*
Garret W. Wick (#38933)
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, 4th Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone:　225-326-6300
Facsimile:　225-326-6495
E-mail:　　wickg@ag.louisiana.gov
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this, the  3rd    day of December, 2021, the above entitled pleading was filed electronically with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

**I HEREBY FURTHER CERTIFY** that on this, the  3rd    day of December, 2021, a copy of the foregoing was provided to plaintiff through his counsel of record via U.S. First Class Mail, facsimile or electronic mail to the below name and address:

Donna U. Grodner (20840)
Grodner & Associates
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
Phone: (225) 769-1919
Fax: 225-769-1997

  /s/           *Garret W. Wick*
Garret W. Wick, La Bar No. 38933
Assistant Attorney General

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICHARD HART** | : | **CIVIL ACTION** |
| **VERSUS** | : | **NO.: 3:21-cv-00699** |
| **CAPTAIN MARCUS ALLEN; MAJOR RAY A. JOHNSON; AND STATE OF LOUISIANA THROUGH LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS DIXON CORRECTIONAL INSTITUTE, DEFENDANTS** | : : | **DISTRICT JUDGE: MAGISTRATE JUDGE:** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**LISTING OF ALL COUNSEL OF RECORD**

**Counsel for Plaintiff, Richard Hart**

Donna U. Grodner (20840)
Grodner & Associates
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
Phone: (225) 769-1919
Fax: 225-769-1997

**Counsel for Defendant, State of Louisiana, through the Department of Public Safety and Corrections**

Garret W. Wick (#38933)
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, 4th Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone:     225-326-6300
Facsimile:     225-326-6495

**Defendants Captain Marcus Allen and Major Ray A. Johnson have yet to be served.**

                                              Respectfully Submitted,

                                              **JEFF LANDRY**
                                              **ATTORNEY GENERAL**

                                              /s/ *Garret W. Wick*
                                              Garret W. Wick (#38933)
                                              Assistant Attorney General
                                              **Louisiana Department of Justice**
                                              Litigation Division, Civil Rights Section
                                              1885 North Third Street, 4th Floor
                                              Post Office Box 94005 (70804-9005)
                                              Baton Rouge, Louisiana 70802
                                              Telephone:   225-326-6300
                                              Facsimile:    225-326-6495
                                              E-mail:       wickg@ag.louisiana.gov
                                              *Attorney for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this, the __3rd__ day of December, 2021, the above entitled pleading was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

**I HEREBY FURTHER CERTIFY** that on this, the __3rd__ day of December, 2021, a copy of the foregoing was provided to plaintiff through his counsel of record via U.S. First Class Mail, facsimile or electronic mail to the below name and address:

Donna U. Grodner (20840)
Grodner & Associates
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
Phone: (225) 769-1919
Fax: 225-769-1997

                                              /s/ *Garret W. Wick*
                                       Garret W. Wick, La Bar No. 38933
                                          Assistant Attorney General